UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **MINNESOTA LIFE INSURANCE COMPANY**, | )<br>)<br>) |
| Plaintiff, | ) Case No. 4:09-cv-00603 |
| vs. | )<br>) |
| **SALLY M. STINSON** | ) |
| And | ) |
| **LUCILLE M. LEACH**, as Personal Representative of the Estate of William D. Leach | )<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING REQUEST TO RELEASE FUNDS

Upon consideration of Defendant Sally M. Stinson and Defendant Lucille M. Leach's Notice of Settlement and Request To Release Funds, the Court hereby acknowledges the settlement between the Defendants, and further it is hereby **ORDERED** that:

1. The Defendants' Request For Release of Funds is **GRANTED**;

2. Within five (5) days after the date of this Order, the Court Clerk shall obtain one-hundred percent of the death benefit proceeds, plus accrued interest thereon, which were deposited into the Registry of Court pursuant to the November 12, 2009 Order of this Court and make those funds immediately payable, pursuant to the terms of the settlement between the Defendants, to "SALLY M. STINSON and her attorneys, CASKEY HOPKINS & WEST LLC"

3. Within five (5) days after receipt of the proceeds, the parties hereto shall file with the Court a Stipulation for Dismissal With Prejudice.

                                                  s/ Gary A. Fenner
                                                  Gary A. Fenner, Judge
                                                  United States District Court

DATED: December 16, 2009